**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

THOMAS FEASTER,

                                Plaintiff,

                                                          MEMORANDUM DECISION
     -against-                                                 AND ORDER

CITY OF NEW YORK and POLICE OFFICER JOHN DOE,          18 Civ. 5021 (GBD)

                                Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       The Clerk of Court is directed to close the above-captioned action.

Dated: New York, New York
         September 29, 2021

                                                          SO ORDERED.

                                                          *George B. Daniels*
                                                          GEORGE B. DANIELS
                                                          United States District Judge